# S<small>HAUB</small>, A<small>HMUTY</small>, C<small>ITRIN</small> & S<small>PRATT</small>, <small>LLP</small>

ATTORNEYS AT LAW
1983 MARCUS AVENUE
LAKE SUCCESS, NEW YORK 11042-1056
(516) 488-3300
Facsimile: (516) 488-2324
info@sacslaw.com

30 Broad Street, 38th Floor
New York, New York 10004
(212) 599-8200
Facsimile: (212) 840-5545

50 Main Street, Suite 1000
White Plains, New York 10606
(914) 948-5666
Facsimile: (914) 682-7787

Nicholas Tam
ntam@sacslaw.com

August 19, 2024

By ECF

Honorable Diane Gujarati
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, 4B South
Brooklyn, New York 11201

   Re: Does, et al. v. New York City, et al.
     Civil Action No. 1:24-cv-04319 (DG)(MMH)

Dear Judge Gujarati:

 We are counsel for defendants Celina Christy, R.N., Benjamin Fey, M.D., Kenneth Gibbs, Julie Cueva, D.O., Marian-Gabriel Tudose, M.D.[1], Erin Palermino, R.N., and Magdalena Filardo, M.D. (together, the "Maimonides Defendants") in the above-referenced action.

 We write to oppose plaintiffs' motion for a default judgment and request for a certificate of default as to Arye Iliovits (ECF No. 26). The motion is meritless, fails to follow this Court's Individual Rule III.A requiring a pre-motion joint proposed briefing schedule, and is improperly served.

 Plaintiffs submitted only a copy of a tracking number by the United States Postal Service noting that a delivery was made in Brooklyn, New York on July 17, 2024 (No. 26-5 at 10, 14). Plaintiffs, however, do not provide proof of service by any other means or a proper affidavit of service as to Mr. Iliovits. The undersigned did not accept service on behalf of Mr. Iliovits (No. 26-5 at 13). Accordingly, plaintiffs failed to properly serve Mr. Iliovits according to Rule 4(e), which does not permit service by mail, or adhere to Rule 4(c)(2), which requires service by a "person who is at least 18 years old and not a party[.]"

 Therefore, we respectfully request that plaintiffs' motion for default judgment and request for a certificate of default as to Mr. Iliovits be denied.

 We thank the Court for its consideration.

---

[1] S/h/a Gabriel Tudose and Martin Gabriel.

01067636.2

                                        Respectfully submitted,

                                        /s/ Nicholas Tam

cc: Counsel of Record

    *Pro Se Plaintiff via* E-Mail and First Class Mail

01067636.2

4884-7651-5034, v. 1

### *AFFIRMATION OF SERVICE*

Margaret Chinapen affirms:

That I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

That on the 19th day of August 2024, I served the within: ***Letter*** upon:

*Pro Se Plaintiff via* E-Mail and First-Class Mail

I affirm this 19th day of August 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Margaret Chinapen