UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOHN AND JANE DOE,

                                      Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.

                                      Defendants.

------------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

24-CV-4319 (DG) (MMH)

        PLEASE TAKE NOTICE that **Zachary Kalmbach**,[1] Senior Counsel, appears herein as attorney of record for interested party the Office of the Corporation Counsel of the City of New York, on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York.

Dated: New York, New York
       August 22, 2024

                                            MURIEL GOODE-TRUFANT
                                            Acting Corporation Counsel
                                            of the City of New York
                                            *Attorney for interested party City*
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 356-2322

                By:     /s/ *Zachary Kalmbach*
                            Zachary Kalmbach
                            *Senior Counsel*
                            Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Zoe Reszytniak, who is not yet admitted to the Eastern District of New York. Ms. Reszytniak is handling this matter under my supervision and may be reached at (212) 356-2547 or zreszytn@law.nyc.gov.

CC: <u>VIA FIRST-CLASS MAIL</u>
    *Plaintiff* pro se

CC: <u>VIA ECF</u>
    All Counsel of Record